**Entered on Docket**
**February 02, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV  89101
Phone (702) 685-0329 ext 3748
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-6, its assignees and/or successors and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                      ) Case No.: 09-33275-MKN
                                            )
Herbert Lee Edwards, II,                    ) Chapter  7
Shalena J. Reddick,                         )
                                            ) DATE:  1/20/10
            Debtors.                        ) TIME:  1:30 pm
                                            )
                                            ) **ORDER TERMINATING**
                                            ) **AUTOMATIC STAY**
_____ )

*Rev. 12.09*                                M&H File No. NV-09-18473
                                            09-33275-mkn

The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 1139 Placerville Street, Las Vegas, NV 89119.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/ Seth J. Adams*
Seth J. Adams, Esq.
811 South Sixth Street
Las Vegas, NV 89101
702-685-0329

Approved/Disapproved

*Emailed 01/21/10 – no response received*
Timothy S. Cory
8831 West Sahara Ave
Las Vegas, NV 89117

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

**X** This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Unrepresented parties appearing: None

Trustee: Timothy S Cory - Emailed 01/21/10 – no response received

Submitted by:
McCarthy & Holthus, LLP

*/s/ Seth J. Adams*
Seth J. Adams, Esq.